IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LSH CO., *Plaintiff,* v. LINCOLN NAT'L CORP., et al., *Defendants.* | CIVIL ACTION NO. 18-05529 |

## ORDER

**AND NOW**, this 31st day of January 2023, upon consideration of Defendant's January 26 letter to the Court, Opt-Out Plaintiffs' January 27 response, and Defendant's January 27 reply, it is hereby **ORDERED** that the current scheduling order is temporarily stayed until the Court rules on the Preliminary Approval Motions in the related Class Actions (Nos. 16-06605 and 17-04150).

The Court will address the Preliminary Approval Motions as promptly as possible, at which time an updated scheduling order will be issued in accordance with Defendant's proposed schedule in Exhibit A of its January 27 letter.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.